## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DAVID RAMSEY <br> 212 Overridge Court <br> Purcellville, Virginia 20132 <br><br> Plaintiff <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br><br>     Serve on: <br><br>     Ronald C. Machen, Jr. <br>     United States Attorney <br>         for the District of Columbia <br>     U.S. Court House <br>     555 4th Street, N.W. <br>     Washington, D.C. 20530 <br><br> and <br><br> Eric H. Holder, Jr. <br> Attorney General of the United States <br> United States Department of Justice <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br><br> and <br><br> Frank Giorno <br> Department of Veterans Affairs <br> Office of Regional Counsel <br> 3900 Loch Raven Boulevard <br> Building 4 <br> Baltimore, MD 21218 <br><br>     Defendants | Case No. _____ |

\* \* \* \* \* \* \* \* \*

## **COMPLAINT**

Plaintiff, John David Ramsey, by and through his attorneys, Emily C. Malarkey, and Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., sue the Defendant, The United States of America, and states as follows:

## **COUNT I**

1. The amount of this claim exceeds Seventy Five Thousand Dollars ($75,000.00).

2. The venue for this claim is proper in United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1402(b).

3. This claim arises out of the conduct of Defendants at the VA Washington Medical Center, a facility owned or operated by the United States Department of Veteran Affairs ("Veterans Department"). The claim, therefore, is made under the Federal Tort Claims Act, 28 U.S.C. §§ 2671, *et seq.*

4. Pursuant to 28 U.S.C. §2675, claim against the United States of America for the actions of Defendants at the VA Washington Medical Center, in the total amount of $1,000,000.00, was made within two years of the incident on August 18, 2010. The response of the United States of America dated July 5, 2011 is not satisfactory to Plaintiff and suit is therefore timely filed pursuant to 28 U.S.C. §2401(b). Pursuant to the Medical Malpractice Act of 2006, notices were delivered to each of the Defendants advising of Plaintiff's intent to file suit.

5. On or about September 26, 2008, John Ramsey presented to his primary care physician at Washington VA Hospital complaining of pain and swelling in his right foot. Mr. Ramsey had fallen at his home the day before. X-rays were taken of Mr. Ramsey's ankle, and interpreted by Radiologist Abbas Rahnema, M.D. as "[t]here is no fracture. The ankle mortise is preserved. Soft tissues appear normal." Mr. Ramsey was evaluated by Bradley Richard Watkins,

2

M.D. who diagnosed him with a likely sprain and sent him home.

6. Mr. Ramsey's foot continued to hurt. On November 26, 2008, Mr. Ramsey returned to his primary care physician at Washington VA Hospital complaining of right foot pain. Again, x-rays were ordered and showed an "avulsion injury involving the base of the right 5th metatarsal." Mr. Ramsey was referred to the Podiatry Clinic.

7. On December 2, 2008, Mr. Ramsey was evaluated in the Podiatry Clinic, where it was noted in the records "if [patient] had initially been referred to podiatry we would have surgically reduced the fracture via ORIF. Since there has been a long duration in the terms of when the fracture was sustained we would have to heal his fracture via alternative methods." Mr. Ramsey was given an electronic bone growth stimulator and was placed in a walking cast for a month.

8. Mr. Ramsey's fracture never properly healed. He continues to suffer from an avulsion of the right 5th metatarsal and a non healing non union fracture.

9. The Defendant, The United States of America, by and through its agents, apparent agents, servants and/or employees was negligent and careless in the following respects:

    a. failed to properly read the x-rays taken on September 26, 2008;

    b. failed to timely diagnose Mr. Ramsey's avulsion injury;

    c. failed to properly treat Mr. Ramsey's avulsion injury; and

    d. was otherwise careless and negligent.

10. As a direct result of the negligence of the Defendant by and through its agents, apparent agents, employees and/or servants, Mr. Ramsey was caused to suffer additional unnecessary painful, debilitating and permanent injuries to his body; severe mental anguish and emotional pain and suffering; unnecessary hospital, medical expenses and other expenses; loss of wages; and other

financial losses and damage.

WHEREFORE, the Plaintiff, John Ramsey, claims damages in the amount of One Million Dollars ($1,000,000.00), with all costs to be paid by the Defendant.

_____
Emily C. Malarkey, Bar. #MD28197
Salsbury, Clements, Bekman,
    Marder & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410)539-6633

*Attorneys for Plaintiff*