# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DAVID RAMSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 11-2277 (RMC) |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having been advised that this action has been settled, it is hereby

**ORDERED** that the case is **DISMISSED**. The dismissal shall be without prejudice from now through November 5, 2012. If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date: September 20, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge